UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
LUC BURBON,

                                         Plaintiff,                      **NOTICE OF VOLUNTARY**
      -against-                                                    **DISMISSAL PURSUANT TO**
                                                                                       **F.R.C.P. 41(a)(1)(A)(i)**

TOTALLY CHOCOLATE INC.,                           Case No.: 1:20-cv-05546-NGG-PK

                                        Defendants.
-----------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luc Burbon by her counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Totally Chocolate Inc.

Dated: New York, New York
         April 22, 2021

                                                                THE MARKS LAW FIRM, PC

**SO ORDERED.**                                            By:_____

/s/ Nicholas G. Garaufis                    Bradly G. Marks
**Hon. Nicholas G. Garaufis**              Attorney for Plaintiff
**Date:** April 26, 2021                        54 West 40th Street, Suite 1131
                                          New York, NY 10018
                                          T:(646) 770-3775
                                          F: (646) 770- 2639
                                          Brad@markslawpc.com